| | | | |
|---|---|---|---|
| | AUSA: Christopher Rawsthorne | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Michael MacBride | Telephone: | (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Austin Renell Murray

Case No. 2:21-mj-30223
Judge: Unassigned,
Filed: 05-12-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 30, 2019__ in the county of __Washtenaw__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael MacBride, Special Agent (HSI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __May 12, 2021__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael MacBride, being duly sworn, do hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), located at the Detroit Metropolitan Airport office. I have been employed a Special Agent for HSI and its predecessor agency, the United States Customs Service since September 2002. As part of my daily duties as an HSI agent, I investigate criminal violations relating to child sexual exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt and possession of child pornography in violation of 18 USC §§ 2251, 2252, and 2252A. I am also a computer forensic agent and have been conducting computer forensic examinations since 2004. I have been involved in dozens of child exploitation investigations over the course of my career.

2. This affidavit is made in support of a criminal complaint and arrest warrant for AUSTIN RENELL MURRAY for violations of 18 U.S.C. § 2251(a) (production of child pornography).

3. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; review of documents

1

and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

4.   Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation. I have set forth only the facts that I believe are relevant to the determination of probable cause to believe that AUSTIN RENELL MURRAY engaged in illegal conduct contrary to 18 U.S.C. § 2251(a).

## PROBABLE CAUSE

5.   On February 18, 2021, the Ypsilanti Police Department (Michigan) received information that Minor Victim 1 (MV-1) was a victim of criminal sexual conduct. That information alleged that MV-1 was in a sexual relationship with her mother's boyfriend, AUSTIN MURRAY.

6.   An individual stated that she had observed videos of AUSTIN MURRAY and MV-1 engaged in sexual relations on AUSTIN MURRAY'S phone. Law enforcement questioned MV-1 at the time who denied that any sexual contact or inappropriate messages occurred between herself and AUSTIN MURRAY.

7.   On February 23, 2021, Ypsilanti Police Department Detective Jennifer Burgess interviewed AUSTIN MURRAY at the Ypsilanti Police Department. Det.

2

Burgess asked MURRAY if he ever had an inappropriate relationship with MV-1, taken pictures of her, or if he had ever seen her naked. MURRAY replied "no" to each of those questions. Det. Burgess asked MURRAY if she could search his phone, to which he stated yes, and signed a consent form, but provided an incorrect passcode for it.

8. On February 26, 2021, Det. Burgess obtained a State of Michigan search warrant for MURRAY's Alcatel ETA cell phone with IMEI # 015552001981383. On March 12, 2021, Det. Burgess was searching the phone and discovered a Google Drive application with multiple saved videos and photos.

9. On March 12, 2021, Washtenaw County Detective Kevin Parviz sent an electronic communications provider preservation letter to Google for "contents and records" including IP address(es), subscriber information, incoming and outgoing postings, messages, texts, emails, and all stored photographic images for subscriber: austinmurray***@gmail.com.

10. On March 13, 2021, Det. Burgess obtained a State of Michigan search warrant for the Google account: austinmurray***@gmail.com.

11. A review of the information provided by Google for the austinmurray***@gmail.com account resulted in the discovery of approximately one image and two video files showing MV-1 engaged in sexually explicit conduct with MURRAY who is recognizable in one of the videos and later confirmed as

3

MURRAY in the other video and image by MV-1 during a subsequent forensic interview. The image and videos are described below:

    a. **deleted-VID_20190430_112206.mp4** – In this video, MV-1 is lying clothed next to AUSTIN MURRAY on what appears to be a bed. MURRAY'S penis is exposed and MV-1 flicks it with her right hand. MURRAY'S face is visible at the end of the video. Metadata for this file provided by Google indicated that it was created on April 30, 2019 at 3:22 PM UTC.

    b. **deleted-VID_20190430_112002.mp4** – In this video, MV-1 is lying clothed on what appears to be a bed next to an adult male who has his penis exposed. MV-1 used her left hand to stroke the adult male's penis several times. The face of the male is never shown in this video, but the clothing is consistent to what MURRAY was wearing in the previously mentioned video and the setting was identical. On April 12, 2021, MV-1 disclosed in a forensic interview that it was MURRAY in the video. Metadata for this file provided by Google indicated that it was created on April 30, 2019 at 3:21 PM UTC.

    c. **deleted-Screenshot_20190430-110033.png** – This image depicts MV-1 with the tip of an adult male's penis touching her tongue. On April 12, 2021, MV-1 disclosed in a forensic interview that it was MURRAY'S penis in the picture. Metadata for this file provided by Google indicated that it was created on April 30, 2019 at 3:00 PM UTC.

4

12. On April 12, 2021, MV-1 was interviewed by HSI Forensic Interview Specialist (FIS) Amy Allen at the HSI office in Romulus, Michigan. During the interview, MV-1 was shown a screenshot (folded in half, not displaying the penis) of the video above titled "deleted-VID_20190430_112002.mp4" and disclosed that MURRAY made her put her hand on his private part. MV-1 stated that she was maybe 14 years old at the time, but wasn't sure.

13. During that same forensic interview on April 12, 2021, FIS Amy Allen described the image above titled "deleted-Screenshot_20190430-110033.png" to MV-1. MV-1 then stated that he didn't do anything, he just put his penis near my mouth. MV-1 was shown the picture (folded in half, not displaying the penis) and stated that she was 14 years old.

*[Space left intentionally blank.]*

## CONCLUSION

14. I submit that this affidavit supports probable cause for a complaint and arrest warrant for violation of 18 U.S.C. § 2251(a) (production of child pornography).

Respectfully submitted,

Michael MacBride, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Patricia T. Morris
United States Magistrate Judge

Dated:   May 12, 2021

6